Honorable Marc Barreca

**UNITED STATES BANKRUPTCY COURT**
WESTERN **DISTRICT OF** WASHINGTON

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CYRUS WAY HOLDINGS LLC, | § | Case No. 16-13356 |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

MICHAEL P. KLEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 8,348.61<br>*(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 1,445,500.52 | Claims Discharged<br>Without Payment: 0.00 |
| Total Expenses of Administration: 283,581.81 | |

3) Total gross receipts of $ 1,820,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 90,917.67 (see **Exhibit 2**), yielded net receipts of $ 1,729,082.33 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,240,005.78 | $ 616,632.74 | $ 1,242,195.41 | $ 1,242,195.41 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 275,804.93 | 275,804.93 | 275,804.93 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 7,776.88 | 7,776.88 | 7,776.88 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 275,000.00 | 1,538,693.47 | 201,787.83 | 203,305.11 |
| **TOTAL DISBURSEMENTS** | $ 1,515,005.78 | $ 2,438,908.02 | $ 1,727,565.05 | $ 1,729,082.33 |

4) This case was originally filed under chapter 11 on 06/24/2016 , and it was converted to chapter 7 on 02/13/2017 . The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/11/2017 By:/s/MICHAEL P. KLEIN

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Cyrus Way | 1110-000 | 1,820,000.00 |
| **TOTAL GROSS RECEIPTS** | | $ 1,820,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Mark Jackson Estate #16-13358 | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 90,917.67 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 90,917.67 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Bank NA | | 558,186.06 | NA | NA | 0.00 |
| 000003 | U.S. SMALL BUSINESS ADMINISTRATION | 4110-000 | NA | 0.00 | 519,367.47 | 519,367.47 |
| 000002 | WELLS FARGO BANK, NATIONAL ASSOCIAT | 4110-000 | 681,819.72 | 616,072.34 | 722,267.54 | 722,267.54 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | LIENABLE UTILITIES | 4120-000 | NA | 560.40 | 560.40 | 560.40 |
| TOTAL SECURED CLAIMS | | | $ 1,240,005.78 | $ 616,632.74 | $ 1,242,195.41 | $ 1,242,195.41 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL P. KLEIN | 2100-000 | NA | 75,122.47 | 75,122.47 | 75,122.47 |
| MICHAEL P KLEIN | 2200-000 | NA | 609.17 | 609.17 | 609.17 |
| TRUSTEE INSURANCE AGENCY | 2420-000 | NA | 3,907.18 | 3,907.18 | 3,907.18 |
| CLOSING COSTS | 2500-000 | NA | 2,100.00 | 2,100.00 | 2,100.00 |
| TITLE POLICY | 2500-000 | NA | 2,803.93 | 2,803.93 | 2,803.93 |
| UNION BANK | 2600-000 | NA | 781.95 | 781.95 | 781.95 |
| RE TAXES | 2820-000 | NA | 12,478.93 | 12,478.93 | 12,478.93 |
| SNOHOMISH COUNTY | 2820-000 | NA | 32,401.00 | 32,401.00 | 32,401.00 |
| UNITED STATES TRUSTEE | 2950-000 | NA | 650.00 | 650.00 | 650.00 |
| THE LIVESEY LAW FIRM | 3210-000 | NA | 33,600.00 | 33,600.00 | 33,600.00 |
| THE LIVESEY LAW FIRM | 3220-000 | NA | 331.30 | 331.30 | 331.30 |
| PETERSON SULLIVAN LLP | 3310-000 | NA | 500.00 | 500.00 | 500.00 |
| RICHARD N. GINNIS, CPA | 3410-000 | NA | 819.00 | 819.00 | 819.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RE/MAX AND WINDEMERE | 3510-000 | NA | 109,200.00 | 109,200.00 | 109,200.00 |
| STOKES AUCTION BOARDMAN ORWILER INC | 3610-000 | NA | 500.00 | 500.00 | 500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 275,804.93 | $ 275,804.93 | $ 275,804.93 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LARRY B FEINSTEIN | 6210-000 | NA | 7,776.88 | 7,776.88 | 7,776.88 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ 7,776.88 | $ 7,776.88 | $ 7,776.88 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | ALLIED WORLD SPECIALTY INSURANCE CO | 7100-000 | 275,000.00 | 201,787.83 | 201,787.83 | 201,787.83 |
| 000004 | TERRENCE J. DONAHUE, CH. 7 TRUSTEE | 7100-000 | NA | 668,452.82 | 0.00 | 0.00 |
| 000005 | TERRENCE J. DONAHUE, CH. 7 TRUSTEE | 7100-000 | NA | 668,452.82 | 0.00 | 0.00 |
| | ALLIED WORLD SPECIALTY INSURANCE CO | 7990-000 | NA | NA | NA | 1,045.99 |
| | MARK JACKSON ESTATE | 7990-002 | NA | NA | NA | 471.29 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 275,000.00 | $ 1,538,693.47 | $ 201,787.83 | $ 203,305.11 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 16-13356 MB Judge: Honorable Marc Barreca
Case Name: CYRUS WAY HOLDINGS LLC,

For Period Ending: 12/11/17

Trustee Name: MICHAEL P. KLEIN
Date Filed (f) or Converted (c): 02/13/17 (c)
341(a) Meeting Date: 03/07/17
Claims Bar Date: 05/22/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cyrus Way | 1,750,000.00 | 2,000,000.00 | | 1,820,000.00 | FA |
| 2. Bank Account | 325.61 | 325.61 | | 0.00 | FA |
| Bank insists on court order. Cost to collect would exceed amount recovered. | | | | | |
| 3. Accounts Receivable | 8,023.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $1,758,348.61 | $2,000,325.61 | | $1,820,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Complete TFR and TDR process

Initial Projected Date of Final Report (TFR): 08/15/17 Current Projected Date of Final Report (TFR): 09/04/17

Exhibit 9

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-13356 -MB
Case Name: CYRUS WAY HOLDINGS LLC,

Taxpayer ID No: *******1405
For Period Ending: 12/11/17

Trustee Name: MICHAEL P. KLEIN
Bank Name: UNION BANK
Account Number / CD #: *******6728 DDA Checking

Blanket Bond (per case limit): $ 63,926,457.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/22/17 | | P.S. WANDA REIF NUXOLL<br>Excrow Trust Account<br>P.O. Box 2406<br>Issaquah, WA 98027 | Real Estate Sale | | 418,820.73 | | 418,820.73 |
| | 1 | WANDA REIF NUXOLL, P.S. | Memo Amount: 1,820,000.00<br>Real Estate Sale | 1110-000 | | | |
| | | CLOSING COSTS | Memo Amount: ( 2,100.00 )<br>Closing Costs | 2500-000 | | | |
| | | RE/MAX AND WINDEMERE | Memo Amount: ( 109,200.00 )<br>Commission | 3510-000 | | | |
| | | SNOHOMISH COUNTY | Memo Amount: ( 32,401.00 )<br>Excise Tax | 2820-000 | | | |
| | | WELLS FARGO | Memo Amount: ( 722,267.54 )<br>1rst Lien | 4110-000 | | | |
| | | SBA | Memo Amount: ( 519,367.47 )<br>2nd Lien | 4110-000 | | | |
| | | LIENABLE UTILITIES | Memo Amount: ( 560.40 )<br>Utilities | 4120-000 | | | |
| | | RE TAXES | Memo Amount: ( 12,478.93 )<br>Real Estate Taxes | 2820-000 | | | |
| | | TITLE POLICY | Memo Amount: ( 2,803.93 )<br>Insurance Premium | 2500-000 | | | |
| 07/19/17 | 000301 | Stokes Auction Boardman Orwiler, Inc.<br>8398 Spring Creek Rd. S.E.<br>Port Orchard, WA 98367 | Appraisal Fees<br>Pursuant to Court Order 5-4-17 | 3610-000 | | 500.00 | 418,320.73 |
| 07/19/17 | 000302 | PETERSON SULLIVAN LLP<br>attn: Candi Pfluger, CPA<br>601 Union Street, Suite 2300 | Professional Fees<br>Pursuant to Court Order - May 4, 2017 | 3310-000 | | 500.00 | 417,820.73 |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| Page Subtotals | 418,820.73 | 1,000.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-13356 -MB
Case Name: CYRUS WAY HOLDINGS LLC,

Taxpayer ID No: *******1405
For Period Ending: 12/11/17

Trustee Name: MICHAEL P. KLEIN
Bank Name: UNION BANK
Account Number / CD #: *******6728 DDA Checking

Blanket Bond (per case limit): $ 63,926,457.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Seattle, WA 98101 | | | | | |
| 07/19/17 | 000303 | MICHAEL P KLEIN<br>330 Madison Ave. S., Suite 110<br>Bainbridge Island, WA 98110 | For Trustee Expenses<br>Pursuant to Court Order May 4, 2017 | 2200-000 | | 609.17 | 417,211.56 |
| 07/19/17 | 000304 | TRUSTEE INSURANCE AGENCY<br>2813 West Main<br>Kalamazoo, MI 490006 | Insurance Premiums<br>Pursuant to Court Order - 4-13-17<br>Invoice Statement No. 3011 | 2420-000 | | 3,907.18 | 413,304.38 |
| 07/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 160.64 | 413,143.74 |
| 08/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 621.31 | 412,522.43 |
| 10/20/17 | 000305 | MICHAEL P. KLEIN<br>330 Madison Ave S, Suite 110<br>Bainbridge Island, WA 98110 | Chapter 7 Compensation/Fees | 2100-000 | | 75,122.47 | 337,399.96 |
| 10/20/17 | 000306 | RICHARD N. GINNIS, CPA<br>PO Box 300081<br>Seattle, WA 98113 | Accountant for Trustee Fees (Other | 3410-000 | | 819.00 | 336,580.96 |
| 10/20/17 | 000307 | THE LIVESEY LAW FIRM<br>600 Stewart Street, Suite 1908<br>Seattle, WA 98101 | Attorney for Trustee Fees (Other Fi | 3210-000 | | 33,600.00 | 302,980.96 |
| 10/20/17 | 000308 | THE LIVESEY LAW FIRM<br>600 Stewart Street, Suite 1908<br>Seattle, WA 98101 | Attorney for Trustee Expenses (Othe | 3220-000 | | 331.30 | 302,649.66 |
| 10/20/17 | 000309 | United States Trustee<br>700 Stewart Street<br>Suite 5103<br>Seattle, WA 98101 | Claim 000006, Payment 100.00000% | 2950-000 | | 650.00 | 301,999.66 |
| 10/20/17 | 000310 | LARRY B FEINSTEIN<br>500 UNION ST #500<br>SEATTLE, WA 98101 | Attorney for Trustee Fees (Other Fi | 6210-000 | | 7,776.88 | 294,222.78 |
| 10/20/17 | 000311 | Allied World Specialty Insurance<br>Company fka Darwi | Claim 000001, Payment 100.51836% | | | 202,833.82 | 91,388.96 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.00 | 326,431.77 |

Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-13356 -MB
Case Name: CYRUS WAY HOLDINGS LLC,
Taxpayer ID No: *******1405
For Period Ending: 12/11/17

Trustee Name: MICHAEL P. KLEIN
Bank Name: UNION BANK
Account Number / CD #: *******6728 DDA Checking
Blanket Bond (per case limit): $ 63,926,457.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | c/o Watt Tieder Hoffar & Fitzgerald<br>1215 Fourth Avenue, Suite 2210<br>Seattle, WA 98161 | | | | | |
| | | | Claim 201,787.83 | 7100-000 | | | |
| | | | Interest 1,045.99 | 7990-000 | | | |
| 10/20/17 | 000312 | Mark Jackson Estate #16-13358<br>Principal to Cyrus Way Holdings LLC | Surplus Funds | | | 91,388.96 | 0.00 |
| | | | Claim 90,917.67 | 8200-002 | | | |
| | | | Interest 471.29 | 7990-000 | | | |

| | | |
|---|---|---|
| Memo Allocation Receipts: | 1,820,000.00 | |
| Memo Allocation Disbursements: | 1,401,179.27 | |
| Memo Allocation Net: | 418,820.73 | |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 418,820.73 | 418,820.73 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 418,820.73 | 418,820.73 | |
| Less: Payments to Debtors | | 91,388.96 | |
| Net | 418,820.73 | 327,431.77 | |

| | |
|---|---|
| Total Allocation Receipts: | 1,820,000.00 |
| Total Allocation Disbursements: | 1,401,179.27 |
| Total Memo Allocation Net: | 418,820.73 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| DDA Checking - ********6728 | 418,820.73 | 327,431.77 | 0.00 |
| | 418,820.73 | 327,431.77 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 91,388.96 |

Ver: 20.00e